Argued July 21, affirmed July 21, petition for rehearing denied
August 24, petition for review denied October 5, 1971

STATE OF OREGON, *Respondent, v.*
EDWARD A. TROTT, *Appellant.*
487 P2d 98

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.